**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

JOEL CAMPOS BECERRA,       )
                                      )
          Petitioner,      )
                                      )
-vs-                         )      NO. CIV-26-0581-HE
                                      )
MARKWAYNE MULLIN, Secretary of  )
the U.S. Department of Homeland    )
Security, et al.,                )
                                      )
          Respondents.    )

## <u>ORDER</u>

On April 1, 2026, the court entered an order [Doc. #16] directing petitioner to show cause within 14 days why this 28 U.S.C. § 2241 habeas case should not be dismissed for lack of jurisdiction. The record indicated that petitioner was not "in custody" for purposes of § 2241 on the date the habeas petition was filed.

Petitioner has responded to the court's order [Doc. #17]. Upon review, the court concludes petitioner has failed to sufficiently establish that he was "in custody" on the date he filed his § 2241 habeas petition. Maleng v. Cook, 490 U.S. 488, 490 (1989) (interpreting the federal habeas statute to require the habeas petitioner to be "in custody" at the time the petition is filed). Although petitioner is now in ICE custody in this district, the "in custody" requirement is jurisdictional. Moreno v. Attorney General, DHS/ICE/DOJ, No. 25-6077, 2026 WL 607313, at *2 (10th Cir. Mar. 4, 2026) (unpublished) (citing Maleng, 490 U.S. at 490; Davis v. Roberts, 425 F.3d 830, 834 (10th Cir. 2005)). And while petitioner requests leave to amend his petition, the court denies such request as such amendment would be

futile.  *See* <u>Stevens v. U.S.</u>, 61 Fed. Appx. 625, 627 (10th Cir. 2003) ("[T]he filing of an amended complaint . . . does not serve to cure a prematurely filed original complaint.") (unpublished).  Petitioner may file a new petition.

Accordingly, this 28 U.S.C. § 2241 habeas case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.  A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE