# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOEL CAMPOS BECERRA,              )
                                  )
                 Petitioner,      )
                                  )
-vs-                              )          NO. CIV-26-0581-HE
                                  )
MARKWAYNE MULLIN, Secretary of    )
the U.S. Department of Homeland   )
Security, et al.,                 )
                                  )
                 Respondents.     )

## JUDGMENT

In accordance with the order entered this date, this 28 U.S.C. § 2241 habeas case is

dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE